

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Wayne Bonilla<br><br>Plaintiff,<br>V.<br>US District Court - San Diego; John Doe 1-1000<br><br>Defendant. | Civil Action No. 24-cv-1982-WQH-DDL<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court: (1) DENIES Plaintiff's Motions to proceed IFP [ECF No. 2 & 5] as barred by 28 U.S.C. § 1915(g), (2) DISMISSES Plaintiff's Complaint as frivolous pursuant to 28 U.S.C. § 1915A(b)(1)-(2); (3) DENIES Plaintiff's Motion for relief [ECF No. 4] as moot; (4) CERTIFIES that an IFP appeal in this case would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3); and (5) The case is hereby closed.

| | |
|---|---|
| **Date:**   11/14/24 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By: s/ S. Nyamanjiva<br>S. Nyamanjiva, Deputy |